2:18-cr-00040-JDL

# INDICTMENT SYNOPSIS
March 28, 2018

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 MAR 28 P 4:56

_____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Lamale Lawson |
| **Address:** (City & State Only) | Cumberland County Jail Portland, Maine |
| **Year of Birth and Age:** | 1990 – Age 27 |
| **Violations:** | Possession of Firearms by a Felon, in violation of 18 U.S.C. § 922(g)(1). |
| **Penalties:** | Not more than 10 years imprisonment, a fine not to exceed $250,000 fine, or both. 18 U.S.C. § 924(a)(2). |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than 2 years less any term of imprisonment imposed on the violation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | John Paul DeGrinney, Esquire |
| **Primary Investigative Agency and Case Agent Name:** | ATF – McNeil |
| **Detention Status:** | Detained in state custody. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Darcie N. McElwee |
| **Guidelines apply? Y/N** | Y |
| **Victim Case:** | N |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 |