UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| vs. | ) | DOCKET NO. | 2:18-cr-143-JDL |
| | ) | | 2:18-cr-040-JDL |
| LAMALE LAWSON | ) | | |

**DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM**

NOW COMES **Lamale Lawson**, by counsel and submits the following Sentencing Memorandum.

**Summary**

We suggest a variant sentence of 84 months incarceration followed by four years of supervised release with the standard and special conditions recommended in the PSR. PSR pp. 20-22. The revised PSR dated January 3, 2020 finds an advisory guideline total offense level 31, criminal history IV with an advisory range of 151 to 188 months. PSR ¶ 64. The parties agree a variant sentence would be appropriate and reasonable under the defendant and case specific facts. After a two level reduction for a CARES Act video plea agreement, the court is urged to vary down to 84 months based on the §3553(a) factors, in particular the nature and circumstance of the offense, of Lamale Lawson and of the unique case history.

1

**Lamale Lawson**

Lamale is 29 years old. He is the father of a nine year old daughter. His own father was murdered when Lamale nine. PSR ¶ 51. He was shot at a party in front of many people yet no was ever charged. PSR ¶¶ 51, 52. "Everything changed" for Lamale with the murder of his father. PSR ¶ 52. He was "mad at the world." The oldest of four children, Lamale was sent to live with his grandmother and aunt, although his siblings remained with his mother. His aunt did not adapt well to Lamale moving in and she frequently beat him. Id. Those who best know Lamale describe how "[t]he loss of his father really impacted him deeply. Handling grief as an adult is quite difficult; it is even more difficult for a child to be able to express their need for help." Exhibit 1, Letter of his godmother Tiombe Mayfield-Caine. "[O]ur lifes took a turn for the worst our dad was murdered due to gun violence in Brooklyn which took a toll on my oldest brother the most he being to distance himself." Exhibit 1, letter of brother Maliek Bradley. Life was different before the murder as Maliek describes.

> [W]e grew up in a 2 parent household both of our parents worked my mom worked with the mental disable people and our father was a entertainer he use to dance for famous rappers and even appeared on television shows such as one life to live all my children and the young and the restless, growing up our parents showed us structure along with morals inside our household my dad was always hands and always involved in everything that we did it was 3 of us Lamale was the oldest im the middle brother and my brother Shamale is the youngest our parents kept us busy growing up all of us was involved in some type of sports basketball football karate etc we all had a talent Lamale was drawing he could look @ anything and draw it within a mount of seconds he

> also was very talented in taking computers apart and putting them back together during the school years he has won awards along with certificate for computers he has broken down and put back together."

Id.

His brother Shamble writes a similar letter. "I saw a change in my brother when we lost our father due to gun violence." Exhibit 1, letter of brother Shamble Lawson.

> [H]is death effected my brother the worst its like he started to change I felt like I lost apart of my brother at the time I was to young to understand what was really goin on but Lamale took it the hardest it felt like eveything went down hill from that point he started to messing up in school fighting a lot my mom us to try and talk to him but he wouldn't never say nothing back it was like he wasn't there anymore my mother put us in counseling but Lamale would never talk to the people he would just sit here and look at the wall we were going to counseling but it wasn't helping Lamale he started to hangout wit the wrong crowd of people he started to rebel a lot for many many years which has led him down this wrong path were he is at today my brother takes full responsibilities for the criminal offense that he has committed he has earned his ged and completed and recive awards for completing the accounting course along with the certificate for power point microsoft ware all under the prison.

Id.

Lamale lived with his grandmother and aunt until he was 17 or 18. PSR ¶ 52. He completed eight grade and began high school but dropped out during ninth grade around age 16. PSR ¶ 60. He was brought to Maine at age 18 by a friend ostensibly to "get off the

streets" of New York. PSR ¶ 53. In reality he was being groomed by older men to work for them in the drug trade. The result are his convictions in PSR ¶¶43-45, making him a felon at age 19.  He was assaulted and stabbed while being held pre-trial at Riker's Island, NY in 2013. PSR ¶¶ 56, 58. Being cut and stabbed left Lamale emotionally anxious and vulnerable. Id. He struggled with excessive drinking and daily use of marijuana. PSR ¶ 59. He lost friends to street violence. Lamale recognizes his past excesses and immaturity  Id. He is now clean and sober, gaining education and restructuring his priorities in life.

**Groundwork for Change**

Lamale has been in custody since January 9, 2017, almost four years. He earned his GED on December 16, 2017. Exhibit 1, p. 14. While at the Strafford jail he learned to use a computer and earned certificates of competency in Microsoft Word, Excel and Power Point. The passage of time, his maturity, getting educated and sober and seeing the choices his future offered have profoundly effected Lamale. He could take the path of some inmates challenging everything and continuing down the same criminal trajectory. Or he could clean up, apply his intelligence, mend relationships and fucus on change. Lamale has wisely chosen change.

His friend Tiara speaks with him regularly. She observes:

> His mind set has changed so much over the years...He talks about living out his
> dreams. He wants to start his own music label. He's one of the smartest people

4

> I know. All he talks about is getting out starting the label and doing real estate. Getting his life on the right track...The man he is today is totally different from the boy who wanted to just be tough and prove he could hold his own back when. He has a good head on his shoulders and I believe he can go far in life. He can be the wonderful and successful man I know he is, and do things the right way in life.

Exhibit 1, letter of Tiara.

Both of his brothers note Lamale's acceptance of responsibility for his conduct and how he has focused on learning and on skills to be a good father.

> [T]oday my brother takes full responsibilities for the criminal offense that he has committed... Lamale is looking to better himself by learning skills that could help him provide for his daughter in hope of his release my brother has done so much to improve his life in spite of imprisonment.

Shamble letter, Exhibit 1, p. 12.

> Lamale I believe is very much mature now and wants to be apart of society given another chance so he can be there mentally and physically for his 9 year old daughter...he has missed a lot of time he cant get back...we talk he offers me good advise now on things we deal with in everyday he has shown a keen interest in developing his character with a lil bit of counseling with him opening up will surely guide him in the right path and help him exhibiting positive attitude and tenacious behavior, it is not a doubt that he will excel in correcting his mistakes in a constructive way.

Maliek letter, Exhibit 1 pp. 5-6.

> I've seen a tremendous change in my brother by how he prioritizes his family. He emphasizes the importance of being there not just for me, but also my other brothers and his daughter. He shows he is ready and willing to take the step as the older brother and a father. When I speak to him on the phone, he speaks all about his positive plans and how he will have his life together. When I first started speaking with him, his mindset was very different than how it is now. I am really excited and ready to meet my new and improved brother and ready to support all of his positive changes. When we speak, he tells me about his plans for the community. He tells me his plans for making sure his daughter doesn't repeat his mistakes. He also gives me advice for when I deal with the juveniles at my job. He tells me all the things he would have done different if he had the guidance of someone like his new and improved self. He speaks as if he's ready to reenter the community and help other troubled youth in the world so they don't have to go through what he went through.

Letter of sister Samiya, Exhibit 1, p 2.

The mother of his daughter notes:

> We have known each other for twelve years and I can see a change unlike any time before. He has discussed various topics that I have never heard him mention before. We have mature conversations that we couldn't have in the past and I can tell he has grown a lot. Due to circumstances in the past he wasn't able to comfortably live at home and work on bettering himself as a man. Lamale's environment, social lifestyle and influences caused him to make wrong decisions. There are changes that can assure he will not recidivate.

Letter of Brittney Singh, Exhibit 1, p. 7.

His daughter adds:

> Dear Judge: I think my dad should come home real soon because I am growing fast and I want my dad to see me grow and I didn't see him for about three years. I am really looking forward to my dad seeing my new house and being here for my 10th birthday to see how smart I am.

Exhibit 1, p. 8.

What could provide more encouragement than reading his daughter's words?

**Conclusion**

Lamale has erred, pled, accepted responsibility, and made tremendous strides in self rehabilitation. He has earned his GED and Microsoft proficiency. He has forever changed the circle of those he previously associated with. He has renewed and strengthened his family relationships. He has many people supporting him who pledge to continue that support through and after his release. He is well liked and a gifted artist. Lamale is a matured and different person from when he entered custody four years ago. He recognizes he faces a significant period of incarceration. We ask the court to temper the period based on the §3553(a) factors and in particular the unique aspects of this case and of Lamale. A sentence of 84 months followed by four years of supervised release meets the statutory criteria and is sufficient but not greater than necessary.

DATE: December 1, 2020                /s/ *David Beneman*
                                      David Beneman
                                      Attorney for Lamale Lawson

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 0412-0595
207-553-7070 ext. 101
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Lamale Lawson**, hereby certify that I have served, electronically, a copy of the **within "DEFENDANT'S SENTENCING MEMORANDUM"** upon **Darcie McElwee**, Assistant United States Attorney, United States Attorney's Office, Portland, ME and all counsel of record via the ECF system.

/s/ *David Beneman*
David Beneman

DATE: December 1, 2020

8