Dear Judge,

I'm currently recovering from a gun shot wound that entered through my chest and exited out my back, collapsing my lungs and damaging the nerves to my arm and left hand. I have been prescribed oxycodone, gabapentin, amitriptyline, ibuprofen, and acetaminophen to help manage the pain. In order for me to be able to get through my day I have to take all those pain medications combined and immediately after I'm extremely exhausted. I am aware of future issues I may have from excessive use of Tylenol as well as the withdrawals that may occur, from discontinuing narcotics. I have been informed by the medical team about the benefits CBD and THC products have for relieving pain and after doing my own research I discovered they are also natural products and can cause little to no harm for me in the future. Before I can purchase any products listed above, I was directed to get permission from the judge and fully inform you of my situation.

Thank You,

Lamale L. Lawson