## Maine Medical
### P A R T N E R S
## Acute Care Surgery

August 15, 2023

Lamale L Lawson
14 Merrill Street
Apt 2
Portland ME 04102

To Whom It May Concern:

Lamale Lawson has been under our care from 7/2/2023 to ongoing. As part of their ongoing management of their pain, we are comfortable with the them using legally purchasable CBD and marijuana products that are available over the counter at their discretion. Use of such products would be managed by the patient and not overseen by our office.

Thank you for your understanding and accommodations in this matter. Please feel free to contact our office with any questions or concerns.

Sincerely,

Toby Maak, RN