AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:18-cr-00143-JDL-4 & 2:18-cr-00040 |
| LAMALE LAWSON | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: | United States District Court<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: | Portland Courtroom No. 1 |
| | | Date and Time: | 11/15/2023 10:00 am |

This offense is briefly described as follows:
See attached Request for Compliance Hearing and Order Granting

Date and time issued: 11:01 am, Oct 04 2023

*Clerk of Court Signature*

City and state: Portland, Maine

Christa K. Berry   Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

_____
*Printed name and title*