OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

October 4, 2023

TO:   Lamale Lawson

RE:   USA v. LAWSON
      Criminal Docket No.: 2:18-cr-00143-JDL-4 & 2:18-cr-00040-JDL

Dear Lamale Lawson:

Enclosed is a summons and a copy of the Request for Compliance Hearing dated September 13, 2023.

This matter has been scheduled for Compliance Hearing before Chief U.S. District Judge, Jon D. Levy at the United States District Court, 156 Federal Street, Portland, Maine at 10:00am on November 15, 2023. Should you fail to appear, a warrant may be issued for your arrest.

You are entitled to be represented by an attorney at every stage of the proceedings against you. If you are financially unable to retain counsel and desire that counsel be appointed to represent you, without cost to you, please fill out the enclosed Financial Declaration form and mail it back to this office prior to your hearing. If you have any questions regarding court appointed counsel, please contact the Clerk's Office in Portland, (207) 780-3356. If you are represented by counsel your lawyer should accompany you to the hearing.

You must contact the U.S. Probation Office in Portland, Maine at (207) 780-3358 immediately to schedule an interview prior to your appearance in court. The information requested will determine your eligibility for release on bail pending further proceedings.

Sincerely,

Christa K. Berry, Clerk

By /s/ Charity Pelletier
Deputy Clerk

Enc.

cc:   Shira Furman, AUSA
      U.S. Marshal Service
      U.S. Probation Office