UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Lamale Lawson

DOCKET NO: 2:18-cr-40-JDL, 2:18-cr-143-JDL

PROCEEDING TYPE: Motion Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Letter from Lamale Lawson | 11/15/2023 | 11/15/2023 | | 11/15/2023 |
| 2 | | | Letter from Maine Medical Partners | 11/15/2023 | 11/15/2023 | | 11/15/2023 |
| 3 | | | Satisfaction of Judgment | 11/15/2023 | 11/15/2023 | | 11/15/2023 |